[Civ. No. 11959.   Second Appellate District, Division Two.—September 27, 1938.]

LEWIS DEAN BOND, Appellant, v. LOUISE RUSSELL, Respondent.

Kellogg & Matlin and David A. Matlin for Appellant.

Albert G. Bergman for Respondent.

McCOMB; J.—This is a motion to dismiss the appeal in the above-entitled case on the ground that appellant has failed to furnish this court with a proper record.

Appellant has failed to supply this court with any record whatsoever. It also appears that the superior court has made an order terminating all proceedings in that court. Therefore, the motion is granted and the appeal is dismissed.

Crail, P. J., and Wood, J., concurred.